ATTORNEY GRIEVANCE COMMISSION   *   IN THE COURT OF APPEALS
OF MARYLAND                             *   OF MARYLAND

                                     *

      Petitioner                   *

v.                                  *   Misc. Docket AG No. 15
                                     *   September Term, 2018

BRIAN DAVID SADUR                * 

                                     *   In the Circuit Court for

      Respondent                *   Frederick County

                                     *   Case No. C-10-CV-18-000763

## <u>ORDER</u>

UPON CONSIDERATION of the Joint Petition of the Attorney Grievance Commission of Maryland the Respondent, Brian David Sadur, to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement in six months, it is this <u>8th</u> day of <u>February</u>, 2019;

ORDERED, by the Court of Appeals of Maryland, that, effective April 30, 2019, the Respondent, Brian David Sadur, be indefinitely suspended from the practice of law in the State of Maryland with the right to petition for reinstatement in 6 months for violation of Rules 1.1, 1.15, 8.1(b), 8.4(a) and (d) of the Rules of Professional Conduct and Maryland Rules 16-604/19-404, Rule 16-606.1/19-407, 16-607/19-408, and 16-609/19-410; and it is further

ORDERED, that, on April 30, 2019, the Clerk of this Court shall remove the name Brian David Sadur from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-742.

                                            /s/ Clayton Greene Jr.
                                            Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk